UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO., <br><br>　　　　　　　　　　Plaintiffs, <br><br>　-against- <br><br> TOTOWA CENTER FOR PAIN MANAGEMENT & PHYSICAL MEDICINE, P.C., DAVID FONTANELLA, D.C., JOSEPH HAYEK, D.C., CHERYL CRUZ, L.Ac., SPECIALTY MEDICAL SERVICES, L.L.C., LOUIS GIASULLO, D.C., SALVATORE MILAZZO, D.O., and SALVATORE SANTANGELO, D.C., <br><br>　　　　　　　　　　Defendants. | Docket No.: 2:21-cv-02525-CCC-MF <br><br><br> STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and Defendants that all claims asserted by Plaintiffs against Defendants Totowa Center for Pain Management & Physical Medicine, P.C., David Fontanella, D.C., Joseph Hayek, D.C., and Cheryl Cruz, L.Ac. in this action are dismissed, without prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1).

RIVKIN RADLER LLP

By:  s/ Gene Y. Kang
　　　Gene Y. Kang, Esq.
25 Main Street, Suite 501
Court Plaza North
Hackensack, New Jersey 07601
*Counsel for Plaintiffs*

THE LAW OFFICES OF E. VICKI ARIANS, LLC

By: *E. Vicki Arians*
　　　E. Vicki Arians, Esq.
75 Crescent Drive
Ringwood, New Jersey 07456
*Counsel for Defendants Totowa Center for Pain Management & Physical Medicine, P.C., David Fontanella, D.C., Joseph Hayek, D.C., and Cheryl Cruz, L.Ac.*

　　SO ORDERED

　　　*s/Claire C. Cecchi*
　　Claire C. Cecchi, U.S.D.J.

　　Date: 6/1/2021