UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO.,<br><br>Plaintiffs,<br><br>-against-<br><br>TOTOWA CENTER FOR PAIN MANAGEMENT & PHYSICAL MEDICINE, P.C.,<br>DAVID FONTANELLA, D.C.,<br>JOSEPH HAYEK, D.C.,<br>CHERYL CRUZ, L.Ac.,<br>SPECIALTY MEDICAL SERVICES, L.L.C.,<br>LOUIS GIASULLO, D.C.,<br>SALVATORE MILAZZO, D.O., and<br>SALVATORE SANTANGELO, D.C.,<br><br>Defendants. | Docket No.: 2:21-cv-02525-CCC-MF<br><br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and Defendants that all claims asserted by Plaintiffs against Defendants Specialty Medical Services, L.L.C., Louis Giasullo, D.C., Salvatore Milazzo, D.O., and Salvatore Santangelo, D.C. in this action are dismissed, without prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1).

RIVKIN RADLER LLP

By: /s/ Gene Kang
Gene Kang, Esq.
25 Main Street, Suite 501
Court Plaza North
Hackensack, New Jersey 07601
*Counsel for Plaintiffs*

THE LAW OFFICE OF JEFFREY RANDOLPH, LLC

By: _____
Jeffrey Randolph, Esq.
139 Harristown Road, Suite 205
Glen Rock, NJ 07452
*Counsel for Defendants Specialty Medical Services, L.L.C., Louis Giasullo, D.C., Salvatore Milazzo, D.O., and Salvatore Santangelo, D.C.*

SO ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: 3/21/2022

14